# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2087
LT Case No. 2019-CF-1437-A

_____

JEREMY LAMAR SANDERS,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

_____

On appeal from the Circuit Court for Sumter County.
David B. Eddy, Judge.

Matthew J. Metz, Public Defender, and Andrew Mich, Assistant Public Defender, Bushnell, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Richard A. Pallas, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


August 15, 2023


PER CURIAM.

  AFFIRMED.


MAKAR, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____